# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 191st Judicial District Court, Dallas County, Texas | DC-20-19005 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiffs Cynthia Stevens, individually and as a representative of the Estate of William Stevens, Victoria Stevens, Paige Stevens, Joseph Schwarz, Tammy Schwarz, Individually and as next friend of WJS, a minor, Ashley Schwarz, Justine Schwarz, Trevor Schwarz, Austin Schwarz, Carlos Perez, Therese Perez, individually and as next fiend of BXP, a minor, Anthony Niemiec, as a representative of the Estates of Andrew Niemiec and Jennifer Niemiec, Anthony Niemiec, as next friend of NAN, a minor, and Allison Niemiec | **Robert D. Crain** Texas Bar No. 00790525 **Quentin Brogdon** Texas Bar No. 03054200 **Sarah L. Rogers** Texas Bar No. 24046239 **John J. Spillane** Texas Bar No. 00788449 **CRAIN BROGDON ROGERS L.L.P** 3400 Carlisle Street, Suite 200 Dallas, Texas 75204 Phone: 214.522.9404 |

|  | **Thomas W. Bingham**<br>Washington Bar No. 7575<br>Pro Hac Vice pending<br>**James T. Anderson**<br>Washington Bar No. 40494<br>Pro Hac Vice pending<br>**James N. Bingham**<br>Washington Bar No. 46325<br>Pro Hac Vice pending<br>**KRUTCH LINDELL BINGHAM JONES, PC**<br>3316 Fuhrman Avenue E., Suite 250<br>Seattle, WA 98102<br>Phone: 206.892.3100 |
|---|---|
|  | _____ |
|  | **John S. Jose**<br>Texas Bar No. 11027550<br>**Dillon Vaughn**<br>Texas Bar No. 24121179<br>**SLACK DAVIS SANGER**<br>100 Lexington Street, Suite 70<br>Fort Worth, TX 76102<br>Phone: 817.288.8988 |
| **Defendant Kimberly-Clark Corporation** | **Veronica S. Lewis**<br>Texas Bar No. 24000092<br>**Scott K. Hvidt**<br>Texas Bar No. 24097864<br>**GIBSON DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX  75201<br>Phone: 214.698.3100 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?

   Yes

       If "*Yes*," by which party and on what date?

   | Plaintiffs | 12/28/2020 |
   |---|---|
   | Party | Date |

4. **Answer:**

   Was an Answer made in State Court?

   No

       If "*Yes*," by which party and on what date?

   | _____ | _____ |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | Defendant Kimberly-Clark Corporation | Citation has not been issued as of the time of removal |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | None | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Plaintiffs | Negligent Undertaking<br>Negligence |
   | Defendant Kimberly-Clark Corporation | None |