IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CYNTHIA STEVENS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WILLIAM STEVENS; VICTORIA STEVENS; PAIGE STEVENS; JOSEPH SCHWARZ; TAMMY SCHWARZ, INDIVIDUALLY AND AS NEXT FRIEND OF WJS, A MINOR; ASHLEY SCHWARZ; JUSTINE SCHWARZ; TREVOR SCHWARZ; AUSTIN SCHWARZ; CARLOS PEREZ; THERESE PEREZ; INDIVIDUALLY AND AS NEXT FRIEND OF BXP, A MINOR; ANTHONY NIEMIEC, AS REPRESENTATIVE OF THE ESTATES OF ANDREW NIEMIEC AND JENNIFER NIEMIEC; ANTHONY NIEMIEC, AS NEXT FRIEND OF NAN, A MINOR; AND ALLISON NIEMIEC, <br><br>       Plaintiffs, <br><br>    v. <br><br> KIMBERLY-CLARK CORPORATION, <br><br>       Defendant. | CIVIL ACTION NO. 3:20-CV-03731 |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), and LR 7.4, Defendant Kimberly-Clark Corporation files this Certificate of Interested Persons and provides the following information:

- For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

    o None

- A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    1. Kimberly-Clark Corporation
    2. Cynthia Stevens, individually and as representative of the Estate of William Stevens
    3. Victoria Stevens
    4. Paige Stevens
    5. Joseph Schwarz
    6. Tammy Schwarz, Individually and as next friend of WJS, a minor
    7. Ashley Schwarz
    8. Justine Schwarz
    9. Trevor Schwarz
    10. Austin Schwarz
    11. Carlos Perez
    12. Therese Perez, individually and as next friend of BXP, a minor
    13. Anthony Niemiec, as representative of the Estates of Andrew Niemiec and Jennifer Niemiec
    14. Anthony Niemiec, as next friend of NAN, a minor
    15. Allison Niemiec

Dated: December 29, 2020					Respectfully submitted,

*/s/ Veronica S. Lewis*
Veronica S. Lewis
  State Bar No. 24000092
Scott K. Hvidt
  State Bar No. 24097864
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Facsimile: (214) 571-2936
VLewis@gibsondunn.com
SHvidt@gibsondunn.com

**Attorneys for Kimberly-Clark Corporation**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 29, 2020, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, Northern District of Texas, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　*/s/ Scott K. Hvidt*
　　　　　　　　　　　　　　　　　　　　　Scott K. Hvidt